THE PEOPLE *ex rel.* SWEET *vs.* J. J. ADAM, Auditor General.

The act authorizing the Auditor General in certain cases to forbear to sell, or to withhold a conveyance of lands returned for delinquent taxes, as the case may be, (*Sess. L.* 1843, 81, § 69,) confers upon the Auditor General judicial

powers, into the proper exercise of which this Court cannot inquire, on motion for a mandamus. This writ will only be granted to compel the performance of a ministerial act, not dependent upon the exercise of judicial discretion.

Motion for a mandamus.

The relator was the holder of a certificate of sale of lands in the county of Calhoun, sold at the tax sales of said county, October 7, A. D. 1846, for delinquent taxes of the year 1844. On the 4th July, 1848, he presented said certificate at the office of the Auditor General, and demanded a deed of the premises described in the certificate, which was refused; and thereupon, he made this application to compel the conveyance of the premises to him by the Auditor General, upon the surrender of his certificate.

*P. Morey*, for relator.

*Attorney General*, for respondent.

By the Court, MARTIN, J.

The act of 1843, under which the premises in question were sold, and the right of the relator accrued, authorizes the Auditor General, if he shall discover, before sale or conveyance of any lands, that on account of irregular assessments, *or for any other cause*, any of said lands ought not to be sold or conveyed; to forbear to sell, or to withhold a conveyance after sale, as the case may be. (*See Sess. L.* 1843, *p.* 81, § 69.) This act confers upon him judicial powers, and into the proper exercise of such powers, we cannot inquire, in proceedings of this nature. A mandamus will only be granted to compel the performance of a ministerial act, not dependent upon the exercise of judicial discretion, in the absence of an effectual legal remedy. Whether the deed in

this case was properly withheld, therefore, is not a subject of inquiry. If the party is dissatisfied, his remedy is by *certiorari.*

The motion must therefore be denied.